Argued and submitted November 3, 1980, affirmed by an equally divided court May 27, petition for rehearing denied June 30, 1981

MEHRER,
*Respondent,*
*v.*
INA LIFE INSURANCE COMPANY,
*Petitioner.*

(CA 14870, SC 27280)

628 P2d 397

Katherine H. O'Neil, Portland, argued the cause for petitioner. With her on the briefs were James D. Huegli, Ridgway K. Foley, Jr., Mildred J. Carmack, and Schwabe, Williamson, Wyatt, Moore & Roberts, Portland.

Gregory W. Byrne, Portland, argued the cause and filed briefs for respondent.

Before Howell,** Presiding Justice, and Lent, Linde, Peterson and Tanzer, Associate Justices.

Affirmed by an equally divided court.